1  CENTER FOR DISABILITY ACCESS
   Raymond Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
3  Dennis Price, Esq., SBN 279082
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  amandas@potterhandy.com
6  Attorneys for Plaintiff CARLOS MARSH

7

8               UNITED STATES DISTRICT COURT
9               CENTRAL DISTRICT OF CALIFORNIA

10 | CARLOS MARSH,                         ) Case No.: 2:20-CV-00110-CJC-SS
11 |        Plaintiff,                     )
                                           ) **NOTICE OF SETTLEMENT AND
12 |   v.                                  ) REQUEST TO VACATE ALL
                                           ) CURRENTLY SET DATES**
13 | A & E GONZALEZ PROPERTIES NO. 4,      )
     LLC, a California Limited Liability   )
14 | Company; DANIEL FOOD                  )
     ENTERPRISES, INC., a California       )
15 | Corporation; and Does 1-10,           )
                                           )
16 |        Defendants.                    )

17

18     The plaintiff hereby notifies the court that a global settlement has been reached in

19 the above-captioned case and the parties would like to avoid any additional expense,

20 and to further the interests of judicial economy.

21     The plaintiff, therefore, applies to this Honorable Court to vacate all currently set

22 dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all

23 parties, will be filed within 60 days.

24

25 Dated: September 25, 2020          CENTER FOR DISABILITY ACCESS

26                                    By:    /s/Amanda Seabock
27                                           Amanda Seabock
                                             Attorney for Plaintiff
28