UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-00110-JDE | Date | November 10, 2020 |
|---|---|---|---|
| Title | Carlos Marsh v. A&E Gonzales Properties No. 4, et al. | | |

| Present: The Honorable | John D. Early, United States Magistrate Judge |
|---|---|
| Maria Barr | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:**     (In Chambers) Order of Dismissal per Stipulation (Dkt. 31)

Pursuant to the parties' Joint Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the action is DISMISSED with prejudice as to all parties, with each party to bear the party's own attorney's fees and costs.

IT IS SO ORDERED.

Initials of Clerk:   mba